# EXHIBIT C

# RABBI AVRAHAM Y. RAPPAPORT
## - CERTIFIED EXPERT MOHEL -
**18681 Queen Elizabeth Drive – Olney/Brookeville, MD 20833**
**Phone/Text/What's App: 443-790-6541**
**Email: rabbi@mdmohel.com**

May 10, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

I am writing to respectfully appeal to the Court on behalf of my brother, Jacob. As his older brother, I have long admired his deep devotion to his family, friends, and community. Jacob is a loving husband and father who consistently supports his wife and children in every possible way. He is also a loyal friend and trusted advisor to many people who rely on him for guidance and support. I love him dearly and he is on my mind constantly.

Throughout his career and personal life, Jacob has built a reputation for honesty, integrity, and hard work. He is well known in the community, particularly among his clients, as someone who is trustworthy and dependable. He is extremely charitable and more often than not his giving is anonymous and without any fanfare.

Jacob made a serious mistake involving a client, and he has fully accepted responsibility for his actions. He deeply regrets what occurred. This was an isolated incident, and fortunately there was no financial loss to the bank, and the fee involved was returned. Since this matter began, Jacob has reflected deeply on his conduct and the consequences of his actions.

Your Honor, Jacob has truly learned his lesson from this experience. He has acknowledged his wrongdoing, grown personally from this difficult chapter, and is committed to ensuring that nothing like this ever happens again. He has even used his experience to educate

friends, clients, and members of the community about the importance of ethics and accountability in business and professional life.

Jacob's wife-my sister in law, Bracha, is currently expecting another child, and their young children depend greatly on their father's presence, guidance, and support during these formative years.

I respectfully ask the Court to consider Jacob's character, his otherwise exemplary record, his genuine remorse, and the significant consequences he has already endured, including the loss of his job, his law firm partnership, and his disbarment. These penalties have had a profound impact on both him and his family.

I humbly ask that the Court consider a sentence that does not include incarceration. Jacob is fully willing to continue serving the community through probation, community service, and educational outreach regarding professional ethics.

Thank you for your time, understanding, and thoughtful consideration of Jacob's circumstances and character. Our faith teaches us that we are all part of one human family, descended from our forefather Abraham, and that we have a responsibility to care for and support one another with compassion and understanding.

May God bless you, grant you wisdom in your service, and continue to guide you in your pursuit of justice.

Thank you for your time, understanding, and thoughtful consideration.

Respectfully,

Avraham Y. Rappaport



Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

I am writing this letter because I want you to know who my father is to me and to our family. It is hard to put into words how much he means to us, but I am going to try.

My father is the glue that holds our family together. He is always there — driving me where I need to go, helping plan family vacations, and making our home a warm and happy place. I used to love visiting him at his office at Levin and Gann. We got free sodas and got to meet his secretary and the other people he worked with. They were always so kind to us, and I could tell they really liked and respected him.

My father also teaches us, all the time, how important it is to love other people — to speak kindly, to never speak badly about others, and to bring peace into our home and into the world. He does not just say these things. He lives them every single day.

I know my father made a mistake, and I know he feels terrible about it. He is still my role model. I am begging you, Your Honor, please have mercy and allow him to stay home with us. Our family needs him more than I can say.

Thank you so much,



Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

My name ███████████████████████████████████████
██████████████████████████████████████████████

My father has taught me, from my earliest years, to love every human being — regardless of race, color, creed, or background. He does not simply preach these values; he lives them. As a mohel, he performs ritual circumcision for families of all faiths and backgrounds — Jews and Muslims alike — treating each one with the same dignity and respect. As an attorney, he brought that same sense of fairness and care to every client he served. These lessons are part of who I am, and I will carry them for the rest of my life.

My father is also my dad (or as I call him, "Abba") in all the best ways. He is fun, warm, and genuinely beloved — my friends always want to be around him. He drives me where I need to go, makes me laugh, and is now patiently teaching me how to drive (which, I will admit, requires a great deal of patience). He is always there.

More than anything, my father holds our family together. He is the person I go to when I am struggling — with school, with friends, with anything. He is deeply respected in our community, and I understand why. When he sat us down to explain what happened, the first thing he said was that he made a serious mistake. He did not make excuses. That honesty, even in one of the hardest moments of our lives, is exactly who he is.

I am asking you, with all the sincerity I have, to please show mercy. ███████████████ ██████████████████████████████ I cannot overstate how much we depend on him — not just for the things he does, but for who he is to each of us.

Please, Your Honor. We need him.

Sincerely,

███████████████

Date: 5/10/2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

I am writing on behalf of my uncle, Jacob Rappaport, who has been an important and positive influence in my life for **many** years. During my middle school and high school years, I lived with his family to be closer to the school I attended, and he became like a father figure to me. His guidance, patience, and generosity had a lasting impact on my life and helped shape the person I am today.

Throughout the years, I have witnessed firsthand his deep devotion to his extended family, the love and care he shows his children, and his unwavering loyalty to his wife. He has always been someone our family and community could turn to for support, encouragement, and thoughtful advice. People naturally look to him for his kindness, sincerity, and willingness to help others.

Jacob has also always treated my siblings and me with genuine care and compassion, taking us under his wing and making us feel supported and valued. To us, he is not only an incredible uncle but also a devoted husband, father, and respected member of the community.

I know him to be a man of integrity and strong character, and our family stands firmly by him. I respectfully ask the Court to consider the positive impact he has had on those around him and the many lives he has touched.

Sincerely,
Rachel Nusbaum, Jacob's niece

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re: United States vs. Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

I am writing to you as Yaakov Rappaport's niece to share a little about the person I know him to be. To me, Uncle Yaakov has always been an exceptionally kind and generous person — someone deeply devoted to his wife, children, and family.

When I was in high school, I stayed at my uncle and aunt's home several nights each week. During that time, Uncle Yaakov was always there to help me, whether it was picking me up from school, lending me his car in the evenings, or allowing me to use his phone when needed. I especially remember how thoughtful and respectful he always was toward his wife. One time, while making coffee, I spilled some granules on the counter. He quickly handed me a napkin and gently reminded me that his wife should not have to clean up after me. That moment stayed with me because it reflected the consideration and respect he consistently showed to others.

Uncle Yaakov also has a special way of making people feel appreciated. A few months ago, he joined my family for supper and went out of his way to compliment the food I had prepared for our guests. Likewise, whenever he and his family stayed with us during the Jewish holidays, he always made sure to praise my mother for her cooking after each dish was served. His warmth and encouragement leave a lasting impression on the people around him.

I respectfully ask that you take these observations into consideration in order to better understand Uncle Yaakov's character and standing within his family and community.

Sincerely,

Pessi Willig

Date: May 24, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

To describe to you the character of our son Yaakov, allow us to take you back to when he was a small child.  Even as a toddler, Yaakov displayed an unusual ability to concentrate and focus, often playing with the same toy for long stretches of time (a blessing for a busy Mom).  This was a great asset during his years in school, where he was able to fully immerse himself and excel in whatever the subject happened to be.  The same, actually, held true for fun and mischief which Yaakov excelled at, making life with Yaakov always exciting!  When you combine concentration and focus with determination, and throw in a great sense of humor, you have a recipe for success; and success is what Yaakov achieves in all his endeavors.  This is true for Yaakov's strong connections to family, friends, business associates, religious leaders and virtually all who cross his path.

From the time Yaakov was young, he always said he wanted to become a lawyer.  We tried discouraging him by saying, "Lawyers have to work many long hours to succeed, often sacrificing their family life.  You don't want to become a lawyer.  Family is too precious." But Yaakov would always respond with reassurance, "Don't worry, Mommy and Abba, I'll always put family first and still become a successful lawyer."  And, ultimately, he has, using his strengths of concentration, focus and determination.  He started working at the law firm of Levin & Gann right out of school.  This firm happens to be particularly family friendly, and Yaakov was rarely home too late for dinner with his family or to put the young ones to bed, or to help his kids with homework - something unheard of for most up and coming lawyers.  But he followed through on his assurance, with concentration, focus and determination – all distinguishing features of Yaakov's character.  There were much larger firms who reached out to recruit Yaakov, but he turned them all down despite the huge increase in salary and prestige because he knew what that would mean in terms of the increase in work hours, and he had promised himself that he would always put family first.

These same character traits of focus, concentration and determination have served Yaakov well during this challenging time period of the last several years.  Yaakov has been very aware of his mistake in judgement, accepting responsibility for a poor decision with deep remorse.  When a person is faced with such challenges, he can choose one of several ways to deal with it.  Some will crumble and fall apart, becoming depressed, unable to face  reality .  Some will become bitter with misery and self-flagellation.  Some will look to deny their actions, looking to point fingers at others to blame.  And some, like Yaakov, choose to rise above the challenge, and with focus, concentration and

determination look for ways to become a better person, to learn from mistakes and to come out as an improved version of themselves.  Since faced with his challenging circumstances, rather than fall apart, become depressed or miserable, or shift blame on others, Yaakov resolved  to remain positive and happy and to study books on self-improvement, and how to deal with life's challenges, seeking to increase his faith and belief in G-d, internalizing those lessons to strengthen himself at a time when others may weaken.  He remains a supportive husband, a loving father, a devoted son and sibling, a loyal friend, neighbor, study partner, active member of his synagogue, unflinchingly involved in community activities and charitable causes.  Yaakov has helped many, many people pro bono over the years in his capacity as lawyer and has helped people financially anonymously to protect their dignity.  He has a big heart that has only grown through his challenges.

We respectfully submit this letter with love, as witness to Yaakov's outstanding character, as parents who are proud of how our son has excelled at becoming the best version of who he could be under extremely trying circumstances.

Most sincerely,

Moshe and Tova Rappaport

 

May 5, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:     United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox,

My name is Bracha Charner, and I am Jacob Rappaport's sister. I am writing to share my perspective on who he is as a person, beyond the circumstances that have brought him before the Court.

Jacob is, at his core, a deeply devoted family man. He brings warmth, humor, and positivity into every room he enters. As his sister, I have seen firsthand how he uplifts others-whether through his quick wit, his genuine care, or his constant effort to support those around him. He is someone who people naturally turn to, not only for guidance, but for encouragement and strength.

There is no question that Jacob made a serious mistake in his professional judgment. He understands that, and he has taken responsibility for it. He is, by nature, a straight and honest person, and this was an error in judgment in a single transaction, not a reflection of the values he has lived by throughout his life. Like all human beings, he was given the ability to choose, and on that occasion, he chose incorrectly. What defines him more, in my view, is what he has done since.

Over the past few years, I have watched Jacob go through an incredibly difficult and humbling process. This experience has not hardened him- it has transformed him. He has become more reflective, more grounded, and more committed than ever to living a life of integrity, faith, and purpose. His connection to his values and his responsibility to others have only deepened.
Jacob has always believed strongly in doing good for others, and that commitment has only intensified. He is someone who genuinely wants to contribute positively to the world, to his family, and to his community. The growth I have witnessed in him is real, lasting, and meaningful.

I fully recognize the weight and responsibility that rests with the Court at sentencing, and the profound impact your decision has on individuals and families. I respectfully share that Jacob's presence in our lives is deeply significant. His family and community rely on him, and his absence would be felt in countless ways. He has so much more to give, and I truly believe his continued presence and ability to contribute would allow that good to be realized.
*I respectfully ask the Court to take into account not only the mistake, but also the man he is, the remorse he carries, and the person he has worked hard to become since.* As someone who knows him intimately, I can say with certainty that he is capable of continuing to lead a life defined by integrity, responsibility, and positive impact.

Thank you for your time and consideration.

Sincerely,
Bracha Charner



May 4, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox,


Thank you for the opportunity to share my perspective regarding my dear older brother, Jacob Rappaport. I understand how busy your schedule is, and I sincerely appreciate your time and attention to this matter.

Jacob and I have shared a close bond since childhood, and I have had a front-row seat to his growth into the man he is today. As an educator, I am accustomed to observing character and personal development, and I can say with confidence that Jacob is a person of remarkable selflessness, stability, and responsibility. His growth over the past few years is something we are all in awe of.

Throughout his adult life, Jacob has served as a primary pillar of support for our entire family, and especially for me. Jacob is my go-to person for any practical or financial questions; he is a patient listener who consistently offers smart, reliable guidance. One of his most defining traits is his quiet generosity. What is most telling about his character is that he never seeks recognition for these gestures; he provides for others simply because he deeply cares. He carries out these deeds privately, prioritizing the well-being of others over his own accolades.

Beyond his generosity, Jacob is a beloved member of the community and most importantly, of our family.  With his quick wit and natural ability to bring humor to any situation, Jacob is the kind of person others naturally gravitate toward and want to be around. He is always looking for the silver lining in every situation and is always looking to see the good in every person.

Most importantly, I want to highlight Jacob's unwavering responsibility as a husband, father, and son. Jacob is a man who deeply loves his family and handles his obligations

with care. ██████████████████████████████████
███████████████████████████████████ He is a father who prioritizes their education and extracurricular growth, ensuring they have every opportunity to succeed. Jacob lives around the corner from our parents and he is always there for them to help them with whatever they need. My parents are so proud of him. **Being that you are the one that will ultimately give the verdict on this case, I implore you to take into account everything you have just read about my very dear brother and please, please grant him mercy in your decision.** Thank you again for taking the time to read my letter.


Sincerely,


Nechama G. Kahn



Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

My father told us that he made a mistake. I love him so much that it is hard to think about, but he was honest with us and told us he was sorry. I know that everyone makes mistakes. What I also know is that my father is a really good person.

I can tell that people love and respect my father because I see it all the time. When I go with him to shul (synagogue) to daven (pray), people always come over to talk to him. When people come to our house to collect charity, my father always welcomes them inside and asks if they want something to drink. He gives a lot of charity, he prays, and he learns. That is just who he is.

My father is also the best Abba. He does homework with me, drives my carpool, and coaches my baseball and football teams. My friends all love him as a coach. He makes everything fun. I also love when he takes our whole family on vacation together.

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████ I am begging you, please have mercy on my father and let him stay home with us. We love him so much and we really need him.

Thank you,

███████████



Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

where I attend school out of state. I am the oldest of my siblings, and I take that responsibility seriously — though I will be the first to admit that I am still very much a work in progress! Our true role model has always been our father.

No matter what my father has been going through, he has never let it show in a way that burdens us. He smiles. He stays positive. He keeps things as normal as possible for our family even during the hardest stretch of his life. That kind of quiet strength is something I have watched my entire life and continue to learn from.

One tradition stands out to me above all others. Every Friday night at the Shabbos table, my father goes around and asks each of us to share something we are grateful for from the past week. It is a simple thing, but it has shaped the way I see the world. Gratitude and positivity are not just things my father talks about — they are things he embodies, especially when it would be easiest not to.

I am at a pivotal point in my life. I am preparing to graduate, ████████████████████ ████████ , and navigating all of the uncertainty that comes with that. I speak with my father almost every day. He listens, encourages me, and pushes me to keep going even on the days when I feel like I cannot. I do not take that for granted, and I am not sure I could replace it.

My father never made excuses for what happened. He has always been clear with us that he made a serious error in judgment while trying to help a client, and that he owns that fully. Watching him face this situation with honesty and accountability has, in its own painful way, taught me something too.

At the end of June, I will be graduating high school. I cannot imagine reaching that milestone without my father there. Beyond my graduation, ████████████████████████████ . These are moments that cannot be given back.

Your Honor, I am asking you — with everything I have — to please show mercy. My father is the foundation of our family. His absence would leave a void that none of us are equipped to fill. Please allow him to remain home with us.

Respectfully,

████████████████████

BARRY MALIN
3404 WEST STRATHMORE AVENUE
BALTIMORE, MARYLAND 21215

May 20, 2026

To the Honorable Judge Matthew J. Maddox

I am writing this letter in connection with the court action involving my nephew, Jacob Rappaport. Mr. Rappaport is a highly regarded member of our community. He is a deeply religious, loving, and devoted father, husband, and family man. Nothing stands in his way when it involves helping a family or community member in need. Mr. Rappaport truly understands the severity of that with which he is being charged. He has certainly learned from his mistakes, and is facing the situation honestly, and with utmost feelings of remorse. A severe and harsh sentence would do nothing more than impose severe difficulties on his wonderful family. As such, I humbly beseech and ask that you impose the most lenient penalties possible under the law.

Respectfully,

Barry Malin

Barry Malin



Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

I am writing to you as the wife of Jacob Rappaport. We have been married for 19 years, and I am currently expecting our 6th child. While I am fully aware of the serious nature of the charges Jacob has plead guilty to, I am writing to share a perspective on his character and our family's circumstances that I hope you will consider.

Jacob does not make excuses for his actions, and neither do I. Since this investigation began more than four years ago, I have seen a man who is deeply ashamed of the professional trust he broke. He has not blamed others or the circumstances; he has taken full responsibility for the pain he has caused. ████████████████████████ ████████████████████████████████████████████ ████████████████ Watching him lose his livelihood and his stellar reputation has been a profound punishment in itself.

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████

I respectfully ask you to consider the ████████████████████████
████████████████████████████████ I believe that allowing him to
serve his time through home confinement or probation would allow him to be the caretaker
we desperately need while still holding him accountable for his mistakes.

Thank you for your time and for considering the future of our family.

Sincerely,

Bracha R. Rappaport

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re: United States vs. Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

We respectfully request that you read this letter in its entirety, as we would like to share our observations regarding Jacob Rappaport, whom we have known in multiple capacities throughout our lives.

Jacob is our first cousin, our families are neighbors, we are members of the same synagogue, and we are close friends. We have had the privilege of observing his character and interactions with others in each of these roles. As a family member, Jacob has always been loyal, generous, and dependable. Despite his many personal and professional responsibilities, he consistently makes himself available to assist family members in need. In particular, he has devoted significant time and care to elderly and ill relatives, often stepping forward when others were unable to do so. As neighbors, we have had the opportunity to witness Jacob's relationship with his wife and children.

He and his wife treat one another with great respect and work together as true partners in raising their family. Jacob approaches parenting with thoughtfulness and intention, qualities that are clearly reflected in the character and conduct of his children. Jacob also plays an active role in our synagogue and broader community. He regularly contributes his time and resources to charitable and communal causes and is always willing to help those in need.

What stands out most about Jacob is his genuine concern for others. He consistently places the needs of those around him ahead of his own and demonstrates a level of selflessness that is rare. These qualities have made him an exceptional friend, cousin, neighbor, husband, father, and community member. Based on our many years of knowing Jacob in these various capacities, we can attest to his strong character, integrity, and dedication to others. We respectfully submit these observations for your consideration.

Sincerely,

Sima and David Sokoloff

**Our Family**

Case 1:26-cr-00096-MJM     Document 23-3     Filed 06/17/26     Page 25 of 26