# EXHIBIT F



**Agudath Israel of Maryland**

אגודת ישראל במהילנד
MID-ATLANTIC REGIONAL OFFICE

410-484-3632 ☎ Office@AgudahMD.org ☎ www.AgudahMD.org

**Rabbi Ariel Sadwin**
Executive Director

**Mr. Avi Lencz**
Associate Director

May 27, 2026

The Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

RE: United States v. Jacob Rappaport; MJM-26-96

Dear Judge Maddox,

I write to you today on behalf of Mr. Jacob Rappaport. My familiarity with Jacob dates back to his youth when I used to go the Rappaport home as a close friend of his older brother, Avraham. Several years later, I became part of the family when I married my wife, his first cousin. Some years after that, I had the opportunity to assist Jacob in securing reasonable religious accommodations while he was a law school student at the University of Baltimore School of Law. And, in more recent times, it has been I who has sought the expert legal advice and assistance of Jacob, the noted attorney, when my office was dealing with matters of great importance to our community.

He was a delightful young child when I first met him. He was a great cousin when we would have our fairly-often family get-togethers. He was an impressive and promising law student conducting his studies with great seriousness when he reached out for my assistance. And he was a top-notch attorney well versed in many complex areas of law to whom I turned for his expert counsel with great confidence.

Throughout all of those stages and to this very day, Jacob was – and is – a person of the finest character, who exhibits kindness, and displays the highest levels of integrity and honesty. He knew that he was blessed with superior intellect and noted talents, and he used them for the service of people – whether he knew them or not.

He also used those talents to serve his clients in his law practice.

Despite his reputation for honesty and integrity, he made an error in his application of law and in legal practice. He has acknowledged that and has pleaded to it. While the mistake was made, I struggle to imagine that there is anyone who could allege that Jacob had any intentions beyond providing the best services for his clients.

As he is now in a state of great vulnerability to our unbiased justice system, I sincerely ask you, Judge Maddox, to look at the person in front of you – beyond the intense legal standards that this case involves.

This is a man who leads a beautiful household, noted for their acts of kindness and civic-mindedness. This is a man whose involvement in numerous community organizations has made pronounced impact. This is a man whom our community needs to have ready to be called upon for the next issue of need or project of benefit.

We seek your merciful reflection on the above when you consider a sentence for Jacob, a man who has already internalized the lessons of his mistake, has accepted responsibility and is already on his way to ensuring that it nor anything similar will never be repeated.

Sincerely,

Rabbi Ariel Sadwin

**PROTECTING ☷ ADVOCATING ☷ SERVING**



**Director**
Rabbi Shaya Kohn

**Board of Directors**
Reuven Goodman
PRESIDENT

Rabbi Noson Berman, LCPC
CLINICAL ADVISOR

Menachem Khoshkerman
TREASURER

*Guiding At-Risk Youth Toward a Future of Purpose and Belonging*
Baltimore, Maryland | 501(c)(3) Nonprofit Organization

May 7, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

RE: United States vs Jacob Rappaport; MJM-26-96

**Dear Judge Maddox:**

We write on behalf of Ahavas Chaim, a nonprofit organization based in Baltimore, Maryland, dedicated to helping at-risk teenagers find their footing, reclaim their sense of self-worth, and become meaningful, contributing members of society. It is with great respect and sincerity that we submit this letter in support of Yaakov, a man who has played a meaningful role in the life of our organization and the young people we serve.

Yaakov has been a trusted advisor and supporter of Ahavas Chaim for several years. He has generously provided pro bono legal counsel to our organization, guiding us through matters that would otherwise have placed a significant burden on our limited resources. In doing so, he allowed us to direct more of our energy and funding where it matters most — directly to the teenagers in our care. His legal guidance was always thoughtful, timely, and delivered with genuine care for our mission.

Beyond his professional contributions, Yaakov has demonstrated a personal commitment to the values at the heart of Ahavas Chaim. The Hebrew words that give our organization its name — "love of one's fellow" — are not merely a banner Yaakov speaks beneath; they are values he lives by. He has shown, time and again, that his concern for vulnerable young people is not transactional or performative. He gives quietly, without fanfare, and asks for nothing in return.

The teenagers we work with have often been failed by the systems and institutions that were meant to protect them. What reaches them is not policy or procedure — it is the example of people like Yaakov: individuals who show up, who treat others with dignity, and who demonstrate through their actions that every person has inherent worth. Yaakov embodies that message. His involvement with our organization has not gone unnoticed, and the ripple effects of his generosity extend far beyond what can be measured.

In all of our interactions with Yaakov, we have found him to be a man of exceptional integrity, warmth, and moral character. He is the kind of person communities are built around — steady, principled, and genuinely devoted to the welfare of others. His reputation within the broader Jewish community mirrors what we have experienced directly: a person who gives of himself because it is simply who he is.

We respectfully ask this Court to consider the full picture of who Yaakov is — not only as defined by the matter before you, but by the years of quiet service, generosity, and positive impact he has contributed to his community and to vulnerable young people who needed someone to believe in them. We believe in Yaakov. We hope the Court will extend to him the same measure of grace and understanding that he has so freely given to others.

Ahavas Chaim Inc is a non-profit 501(c)(3) organization. Federal Tax ID# 84-2422558



# Bais HaMedrash & Mesivta of Baltimore

6823 Old Pimlico Road Baltimore, MD 21209
Phone: 410.486.0006 Email: office@bhmb.edu

**Rabbi Zvi Dov Slanger**
**Founder ♦ 1934-2018**

**Rabbi Chaim Cohen**
**Rosh HaYeshiva/President**

May 21, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

I am writing on behalf of Mr. Yaakov (Jacob) Rappaport, whom I have known for many years both as his former Teacher/Dean and as a member of our community.

I taught Yaakov when he was a student in my 10th grade class at yeshiva where he distinguished himself through his respectful demeanor, strong character, and sincere concern for others.

Over the years, my relationship with Yaakov continued well beyond the classroom, as he volunteered extensive time and energy to assist with campaigns, speak at events, and help vet potential hires. His involvement reflected his desire and commitment to giving back to the school and community. He devoted himself not for recognition or personal gain, but because he genuinely wanted to strengthen the school, support the broader community and demonstrate gratitude for that which he has received.

Through my longstanding knowledge of Yaakov, I have come to know him as a person of great compassion, kindness and strong character. I respectfully request that your Honor take his long-standing positive contributions to our school and community into consideration.

Sincerely,

Rabbi Chaim Cohen
Dean

Date: May 22, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox,

My name is Shaya Mintz and I serve as the Executive Director of Bikur Cholim of Baltimore. Bikur Cholim was established over 40 years ago to serve the needs of those facing illness in the Jewish community. Since its inception, Bikur Cholim of Baltimore has been providing support services to countless individuals and families in Baltimore, as well as to patients and families from around the world who come to Baltimore to receive medical care in our world-class medical institutions. We lighten their burdens by providing meals, transportation, visitation, respite, hospitality rooms in area hospitals, a dedicated apartment for out-of-town patients, free-loan medical equipment and other services. It is our belief that patients should be able to focus on getting better, being assured that the community is there to assist them in any way possible.

Recently, Bikur Cholim was given the opportunity to expand its capabilities in a new facility. Bikur Cholim sincerely appreciated the time, effort and insight that Mr. Rappaport provided in advising us through the process. His work, completely pro-bono, facilitated reaching an arrangement that was agreeable to all parties. We know that as an organization, we greatly benefited from his selfless contribution, and the many patients and their families who will ultimately use the new facility will benefit as well.

Thank you for your consideration.

Sincerely,

Shaya Mintz



**JEWELS**

Jewish Education Where Every Level Succeeds

31 Walker Avenue, Pikesville, MD 21208
410-415-3515   443-459-9550
www.JEWELSschool.org

Date:05/15/2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re: United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

My name is Rabbi Yisroel Fuchs, Executive Director of the JEWELS School in Baltimore. JEWELS is a special-led school focusing on children with complex special needs. Currently, we serve almost 100 students with special needs by providing educational and therapeutic services.

As you can imagine, it is quite expensive to provide the services needed for these children, and most of the parents cannot afford the tuition. We have a policy of not turning away children because of finances. As a result, we must raise the needed funds each year to continue servicing this most needy population.

Yaakov Rappaport is one of those individuals who answers the call when we need to raise funds for these precious children. I have come to know him, and I greatly appreciate his commitment to the needs of his community. Yaakov is the type of person who cares and is willing to take action to help those in need. He has been there for so many people. His concern and love for those in need are legendary. Just as amazing is the disdain for recognition. The generosity is genuine and has no ulterior motives. Yaakov Rappaport is a truly upstanding member of the Baltimore Community.

Your Honor, on behalf of the many grateful students and parents of JEWELS, I beg your Honor for mercy during the sentencing of Yaakov Rappaport. I hope you will find it in your heart to see how much his family, and all of us, appreciate and depend on him.

Sincerely,

Rabbi Yisroel Fuchs
Organization: JEWELS Inclusive School
Organization Tax ID: 46-0528711

בס״ד



May 12, 2026

**Honorable Judge Matthew J. Maddox**
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

### Re: United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox,

I write to you on behalf of Jacob Rappaport, as the Rabbi of the congregation where Jacob and his family are members in good standing.

I have known Jacob for over 25 years. As a young newlywed, he helped in the founding of our synagogue. Over the years, he has served as an officer, but more importantly, he has served with love, dedication, and selflessness. Many times, I have called upon Jacob to assist with a community matter or to help an individual in need. His response was always the same: "Absolutely." He would then get to work and would not stop until the matter was taken care of.

I know Jacob firsthand, and I have great respect for his commitment to his family, his congregation, and the broader community. Although Jacob has since moved somewhat farther from our area, he remains active in our congregation as well as in many community organizations.

I therefore respectfully ask Your Honor to take Jacob's exemplary character into account in these proceedings.

Sincerely,

**Rabbi Y. Zvi Weiss**
Mara D'Asra
Bais Haknesses Ohr Hachaim

BAIS HAKNESSES
**Ohr Hachaim**

PHONE **(410) 458-9522**

EMAIL **rabbi@ohrhachaim.com**
MAILING **3120 Clarks Lane Baltimore MD 21209**

אור החיים

Date: April 6, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

I am the Rabbi of the synagogue which Jacob Rappaport prays at, and I consider him a dear friend. Although he has pleaded guilty to wrongdoing, and regrets his actions, I would like to highlight some of the positive elements of this special person. He is extremely generous and takes care of the needy in our community and beyond. Jacob is a very good husband and father to his dear wife and children. He is extremely beloved by his friends and his community and inspires everyone with his melodious voice, as he leads the prayers for the congregation often. He is always available to others in times of need and his pleasant demeaner brings joy to all those who know him.

Sincerely,


Rabbi Pinchas Gross

בס"ד

# TORAH INSTITUTE
## ישיבת כוכב יצחק
### OF BALTIMORE

THE HARRY & JEANETTE WEINBERG EDUCATIONAL FACILITY
THE PICKWICK JEWISH CENTER CAMPUS

Rabbi Shimon Hirsch
Principal

35 Rosewood Lane
Owings Mills, MD 21117
410-654-3500 Ext. 1055

May 12, 2026

Honorable Judge Matthew J. Maddox
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:    United States vs Jacob Rappaport; MJM-26-96

Dear Judge Maddox:

I have known Jacob Rappaport since he was a student in my eighth-grade class in 1998. Even at that young age, he stood out as an exceptionally bright and studious young man, while also being well liked and popular among his peers.

Throughout his high school years and beyond, Jacob became known as a diligent and hardworking student who was always willing to assist others. His kindness, responsibility, and dedication consistently earned him the respect of those around him.

Today, Jacob is a devoted husband and the father of wonderfully well-raised children. He is widely regarded as a valuable leader within our community and is frequently sought out for guidance and support. In addition, Jacob is an exceptionally generous person. I personally know that he provides funds to assist many needy families to paying extra holiday expenses.

In all the years I have known Jacob, he has consistently demonstrated generosity, responsibility and a genuine concern for others.

Respectfully submitted,

Rabbi Shimon Hirsch