Ó

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. MJM-26-96** |
| | * | |
| **JACOB RAPPAPORT,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its undersigned attorneys, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 982(a)(2) and (b)(1), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.  A proposed Preliminary Order of Forfeiture is submitted herewith.  In support thereof, the United States sets forth the following:

1.    On March 12, 2026, the United States of America filed an Information, charging Jacob Rappaport (the "Defendant") with Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349 (Count One).  Dkt. No. 1.

2.    The Information also included a forfeiture allegation which provided notice that the United States intended to seek forfeiture, pursuant to 18 U.S.C. § 982(a)(2) and (b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), upon conviction of the Defendant of the offense alleged in Count One of the Information.

3.    On April 22, 2026, the Defendant pled guilty to the offense alleged in Count One of the Information.  Dkt. No. 1.  As part of his guilty plea, the Defendant agreed to entry of an order of forfeiture to include a money judgment in the amount of $16,250.00 in U.S. currency equal to the value of the property derived from, or otherwise involved in, the Defendant's

offense.  *Id.* ¶¶15.

4.      In support of his guilty plea, the Defendant executed a Stipulation of Facts in which the Defendant admitted that from approximately 2018 through 2022, the Defendant represented Limitless Management, LLC, a company that bought, sold, and managed real estate in Maryland.   Dkt. 10-1. The Defendant engaged in a scheme that materially altered the sale price on the contract of sales for multi-family apartment complexes and residential homes. *Id.*. *Id.* As a result of the scheme, wire transfers were initiated to complete these sales that misrepresented the nature of the sale to the financiers of the sales. *Id.*

5.      Pursuant to 18 U.S.C. § 982(a)(2) and (b)(1), and 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is now entitled to a forfeiture money judgment in the amount of $16,250.00 in U.S. currency against the Defendant.

6.      Further, the United States may move at any time, pursuant to Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(p), to forfeit any property of the defendant up to the value of the forfeiture money judgment included in the Preliminary Order of Forfeiture.  Upon issuance of any order forfeiting specific property, the United States will publish notice in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure.

7.      The United States also seeks permission to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

WHEREFORE, the United States requests that this Court:

(a)      enter the Preliminary Order of Forfeiture in the form submitted herewith;

(b)      include the forfeiture, as set forth in the Preliminary Order of Forfeiture, in the

oral pronouncement of the Defendant's sentence;

    (c)    retain jurisdiction for the purpose of enforcing the forfeiture; and

    (d)    incorporate the Preliminary Order of Forfeiture in the criminal judgment entered against the Defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4).

                Respectfully submitted,

                Kelly O. Hayes
                United States Attorney

By:   /s/_____

                Sean R. Delaney
                Assistant United States Attorney